# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 603
:
APPOINTMENT TO INVESTMENT : JUDICIAL ADMINISTRATION DOCKET
ADVISORY BOARD :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2023, pursuant to Rule 1905(a) of the Pennsylvania Rules of Judicial Administration, Joel L. Frank, Esquire, Chester County, is hereby appointed as a member of the Investment Advisory Board, effective January 1, 2024, to serve at the pleasure of the Court.